UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JONATHAN JASON AARON, | ) | No. CV 16-1326-AG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JOE A. LIZARRAGA, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the First Amended Petition in this matter is denied and this action is dismissed with prejudice.

DATED: October 30, 2016

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE